Ilester MALONE, Appellant,

v.

**HENNEPIN COUNTY MEDICAL CENTER, Appellee.**

No. 00–2835.

United States Court of Appeals, Eighth Circuit.

Submitted April 24, 2001.

Decided April 27, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Ilester Malone appeals from the district court's [1] dismissal with prejudice of his employment-discrimination case for failure to comply with a court order. We conclude that the district court did not abuse its discretion, as Malone exhibited a pattern of intentional delay by repeatedly failing to adhere to pretrial and hearing schedules. *See Hunt v. City of Minneapolis,* 203 F.3d 524, 527 (8th Cir.2000) (standard of review; dismissal with prejudice under Fed.R.Civ.P. 41(b) should be used only in cases of willful disobedience of court order or where litigant exhibits pattern of intentional delay; district court need not find appellant acted in bad faith, but only that he acted intentionally as opposed to accidentally or involuntarily).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.